IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL THOMAS HARVEY,

    Plaintiff,                        No. CIV 2:12-cv-0526-JAM-JFM (PS)

    vs.

CITY OF SOUTH LAKE TAHOE, *et al.*,

    Defendants.                      <u>ORDER</u>

        Pending before this court are defendants' motions to dismiss. The court has determined that the matters shall be submitted upon the record and briefs on file and accordingly, the date for hearing of these matters shall be vacated. Local Rule 230.

        Accordingly, IT IS HEREBY ORDERED that the May 3, 2012 hearing on the two motions (Doc. Nos. 4 & 8) is dropped from calendar.

DATED: April 28, 2012.

                              UNITED STATES MAGISTRATE JUDGE

/014;harv0526.vacate.hrg

1