**CITY ATTORNEY'S OFFICE FOR
THE CITY OF SOUTH LAKE TAHOE**
Michael Ng, SBN # 278055, Law Clerk
Patrick L. Enright, SBN#113020, City Attorney
1901 Airport Road, Suite 300
South Lake Tahoe, CA 96150
(530) 542-6046; FAX (530) 542-8763

**Attorney for Defendants CITY OF SOUTH LAKE TAHOE, JAKE HERMINGHAUS, SHANNON LANEY, and ANDREW EISSINGER**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| DANIEL THOMAS HARVEY, Pro Se<br>　　　　Plaintiff,<br>　vs.<br>THE CITY OF SOUTH LAKE TAHOE, DOUGLAS COUNTY, NEVADA, EL DORADO COUNTY, CALIFORNIA, ROBERT PRISCARO, JAKE HERMINGHAUS, SHANNON LANEY, ANDREW EISSINGER,<br>　　　　Defendants. | Case No.: 2:12-CV-00526-KJM-EFB<br><br>**ORDER RESETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Status Conf. Date: Sept. 5, 2012, 10:00AM<br>Judge: Hon. Edmund F. Brennan<br>Courtroom: 24<br>Date Action Filed: February 28, 2012<br>Trial Date: None |

　　Pursuant to the Stipulation to Reschedule the Status (Pretrial Scheduling) Conference submitted by all parties to the within action on 5/15/12, Dckt. No. 20,

　　IT IS HEREBY ORDERED that:

　　The status (pretrial scheduling) conference that is currently set for September 5, 2012 is moved

---

1
**STIP TO RESCHEDULE STATUS CONF. DISMISS
(HARVEY v. CITY OF SOUTH LAKE TAHOE, et al.)**

to August 22, 2012, at 10:00 a.m. in Courtroom No. 24 before the undersigned.  All other dates and requirements as set forth in the court's May 7, 2012 Order setting status conference, Dckt. No. 18, shall remain the same.

Dated:  May 16, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2
**STIP TO RESCHEDULE STATUS CONF. DISMISS**
**(HARVEY v. CITY OF SOUTH LAKE TAHOE, et al.)**