1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL THOMAS HARVEY,

11          Plaintiff,                    No. 2:12-cv-526-KJM-EFB PS

12          vs.

13   CITY OF SOUTH LAKE TAHOE;
     DOUGLAS COUNTY; EL DORADO
14   COUNTY; ROBERT K. PRISCARO;
     JAKE HERMINGHAUS; SHANNON
15   LANEY; ANDREW EISSINGER,
                                          ORDER
16          Defendants.
     _____/

17

18          This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to

19   Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On June 14,

20   2012, the court ordered plaintiff to show cause why plaintiff should not be sanctioned for failing

21   to timely file an opposition or statement of non-opposition to defendants County of El Dorado

22   and Robert K. Priscaro's motion to dismiss,[1] Dckt. No. 19, and continued the hearing on that

23   _____

24          [1] On May 8, 2012, defendants County of El Dorado and Robert K. Priscaro's re-noticed
     their motion to dismiss for June 20, 2012, Dckt. No. 19, after the original hearing date on their
25   motion was vacated by this court's related case order, Dckt. No. 17 at 2.  Although plaintiff
     contends that defendants should not have been permitted to re-notice their hearing for a date
26   *earlier* than the date on which it was originally set, Dckt. No. 26 at 3, the related case order

1

1   motion to dismiss to July 17, 2012.  Dckt. No. 24.

2          On June 22, 2012, plaintiff filed a response to the order to show cause.  Dckt. No. 26.

3   Therein, plaintiff states that he did not receive notice from the court or from the defendants

4   informing him that the motion to dismiss had been re-noticed for hearing.  *Id.* at 2, 3.  In light of

5   that representation, the June 14, 2012 order to show cause is discharged.

6          Although plaintiff may not have initially received defendants' May 8, 2012 notice that

7   the motion to dismiss was re-set for hearing, because plaintiff was notified of the July 17, 2012

8   hearing date in the June 14, 2012 order to show cause, the July 17, 2012 hearing date will remain

9   on calendar at this time.  In accordance with Local Rule 230, plaintiff shall file an opposition or

10  statement of non-opposition to the motion on or before July 3, 2012,[2] and defendants shall file a

11  reply thereto on or before July 10, 2012.

12         SO ORDERED.

13  DATED:  June 28, 2012.

                            EDMUND F. BRENNAN
14                          UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22  ────────────────────

23  instructed defendants to re-notice the motion in accordance with Local Rule 230(b), which only
    requires that the motion be heard not less than twenty-eight (28) days after service and filing of
    the motion.

24

25  [2] Although plaintiff filed an opposition to the motion on June 18, 2012, Dckt. No. 25, it
    appears that plaintiff may have been unaware at that time that the motion to dismiss had been re-
    noticed.  *See* Dckt. No. 25 at 2.  Therefore, plaintiff will be provided an opportunity to file a

26  revised opposition to the motion.

                            2